CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 16 2011

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| ROBERT LEE COOKE, | ) | |
| | ) | Civil Action No. 7:10cv00513 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| GENE JOHNSON, | ) | |
| | ) | By: Hon. James C. Turk |
| Respondent. | ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

### ADJUDGED AND ORDERED

that Respondent's Motion to Dismiss (Dkt. No. 12) is **GRANTED**, and Robert Lee Cooke's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Dkt. No. 1) is **DENIED**. Further, Petitioner is advised that a Certificate of Appealability is **DENIED**.

The Clerk of Court is directed to strike the case from the active docket of the Court, and send copies of this Final Order and accompanying Memorandum Opinion to Petitioner and counsel of record for Respondent.

**ENTER**: This _13th_ day of May, 2011.

_James C. Turk_
Senior United States District Judge